UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81785-DMM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

FLORIDA TIRE SHOP LLC, A Florida
Limited Liability Company and 319 E.
BOYNTON LLC., a Florida Limited Liability
Company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, 319 E. BOYNTON LLC., by and through undersigned counsel, hereby notifies the Court that the parties (Plaintiff and Defendant, 319 E. Boynton LLC) have reached a settlement in principle. The parties are in the process of completing a formal settlement agreement and anticipate filing the appropriate dismissal paperwork with the Court shortly.

    Respectfully submitted,

    */s/ Joshua M. Entin*
    Joshua M. Entin, Esq.
    Fla. Bar No. 493724
    josh@entinlaw.com
    ENTIN LAW GROUP, P.A.
    1213 S.E. Third Avenue
    Ft. Lauderdale, Florida 33316
    Tel: (954) 761-7201
    ***Attorneys for Defendant,***
    ***319 E. Boynton LLC.***

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ *Joshua M. Entin*
Joshua M. Entin, Esquire

# SERVICE LIST

*Caplan vs. Florida Tire Shop LLC., et al.*
**Case No. 22-cv-81785-DMM**

**Ronald E. Stern, Esquire**
The Advocacy Law Firm, P.A.
1250 East Hallandale Beach Blvd, Suite 503
Hallandale Beach, Florida 33009
Telephone: 954-639-7016
E-mail: Ronsternlaw@gmail.com
Via CM/ECF Notice of Electronic Filing
*Counsel for the Plaintiff*