# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-81785-DMM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

FLORIDA TIRE SHOP LLC, a Florida Limited Liability Company and 319 E. BOYNTON LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendant, 319 E. BOYNTON LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Parties request that the Court to retain jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and attached Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

By: *Joshua M. Entin*
Joshua M. Entin, Esq.
Florida Bar No. 493724
Entin Law Group, P. A.
1213 S.E. Third Avenue
Ft. Lauderdale, FL 33316
Telephone: (954) 761-7201
Facsimile: (954) 764-2443
Email: josh@entinlaw.com
Attorney for Defendant, 319 E. BOYNTON LLC

Case No.9:22-cv-81785-DMM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

FLORIDA TIRE SHOP LLC, a Florida Limited Liability Company and 319 E. BOYNTON LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 06, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

# SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. FLORIDA TIRE SHOP LLC, a Florida Limited Liability Company and 319 E. BOYNTON LLC, a Florida Limited Liability Company

United States District Court Southern District of Florida

Case No. 9:22-cv-81785-DMM

## FLORIDA TIRE SHOP LLC

Registered Agent:
Renelique, Edna
5575 S. Semoran Blvd.
Suite 36
Orlando, FL 32822

**VIA US MAIL**

## 319 E. BOYNTON LLC

Joshua M. Entin, Esq.
Fla. Bar No. 493724
ENTIN LAW GROUP, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, Florida 33316
Tel: (954) 761-7201
Email: josh@entinlaw.com
Attorney for Defendant

**VIA CM/ECF**