UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-81785-CV-MIDDLEBROOKS

HOWARD MICHAEL CAPLAN,

 Plaintiff,

v.

FLORIDA TIRE SHOP LLC, a Florida
Limited Liability Company; and 319 E.
BOYNTON LLC, a Florida Limited Liability
Company,

 Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, filed on February 6, 2023. (DE 19). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE THIS CASE**.

(3) Any pending motions are **DENIED AS MOOT**.

(4) Each Party shall bear its own fees and costs.

(5) Pursuant to the Parties' request, and to the extent permitted by law in view of the foregoing precedent, I will reserve jurisdiction, for a period of 60 days, to enforce the terms of the Parties' Settlement Agreement.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 7 day of February, 2023.

Donald M. Middlebrooks
United States District Judge
